IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:19cr134-MHT
                            )            (WO)
BOBBY TURNER                )
```

OPINION AND ORDER

Defendant Bobby Turner moved to suppress evidence found during a traffic stop at a police checkpoint. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Turner's motion to suppress be denied. Also before the court are defendant Turner's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 58) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 54) is adopted.

(3) The motion to suppress (doc. no. 26) is denied.

DONE, this the 12th day of February, 2020.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE