IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr134-MHT |
| | ) | (WO) |
| BOBBY TURNER | ) | |

ORDER

Upon consideration of defendant Bobby Turner's verified medical condition, *see* Response to Court Order (doc. no. 107), and increased risk of severe complications should he be infected with the novel coronavirus, *see id*. (doc. no. 107-1), and as the government does not oppose a delay of the reporting deadline, it is ORDERED that:

(1) Defendant Bobby Turner's motions to delay his reporting date (doc. nos. 107, 111) are granted to the extent set forth below.

(2) The deadline for defendant Turner to surrender for service of sentence, currently set for October 15, 2020, is reset to December 14, 2020, on or before 2:00

**p.m.**

    **DONE, this the 7th day of October, 2020.**

                                             /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**