IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
      v.                      )       2:19cr134-MHT
                              )          (WO)
BOBBY TURNER                  )
```

ORDER

Based on the representations made on the record on December 29, 2020, including that defendant Bobby Turner is now deceased, it is ORDERED that the judgment of conviction (doc. no. 106) is vacated, the indictment (doc. no. 1) is dismissed, this case is dismissed, and defendant Bobby Turner is discharged.

DONE, this the 29th day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE